■ STEVEN STEIGERWALD et al., Respondents, v COLD SPRING IMPORTS, INC., et al., Appellants.

We find, as did the Supreme Court, that there are issues of fact requiring a trial for their resolution. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.